AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District Of Texas
**FILED**
DEC 10 2020
David J. Bradley, Clerk

United States of America
v.

TN: David CASTILLO, III (jl) 12/11/20
YOB: 1987 USA

Defendant(s)

Case No. M-20-2763-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **April 3, 2020 - September 9, 2020** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.
Complaint Authorized: AUSA Michael Mitchell 12/10/20

Sworn to and executed by reliable electronic means, sworn to U.S. Magistrate Judge J. Scott Hacker and attested telephonically per Fed.R.CR.4.1 and probable cause found on:

Date: 12/10/2020 @ 4:25pm

City and state: McAllen, TX

/s/ John Reinosa
*Complainant's signature*

John Reinosa / Special Agent, HSI
*Printed name and title*

*Judge's signature*

Honorable Magistrate Judge J. Scott Hacker
*Printed name and title*

## Attachment "A"

On September 29, 2020 the National Center for Missing and Exploited Children (NCMEC) received a tip from an online email service provider advising that a user, utilizing several accounts, had uploaded files containing child exploitative material. NCMEC provided the lead to Homeland Security Investigations (HSI) led Rio Grande Valley Child Exploitation Task Force (RGV CEITF). HSI determined that IP address 2605:6000:7b8d:a400:c8c4:f3a5:16ef:7ba2 was used to upload the materials to the reported email account. Using open source records, HSI determined that the IP address was registered to Spectrum, a subsidiary of Charter Communications, Inc. A summons to Spectrum revealed it was registered to a residential address in Weslaco, Texas.

On December 10, 2020, members of HSI RGV CEITF executed a federal search warrant at a residence in Weslaco, Texas, and made contact with the Defendant, David CASTILLO. Post-Miranda, special agents conducted an interview of CASTILLO, who admitted to investigators that he was the sole owner of the email accounts that were reported by the email service provider for containing child exploitative material to NCMEC. CASTILLO told investigators that he would send child exploitative material to himself to save in his emails. These emails were reported to be sent on April 3, 2020 and September 9, 2020. The child exploitative material possessed by CASTILLO on April 3, 2020 and September 9, 2020, was reviewed by special agents who confirmed that the files displayed young children engaged in sexually explicit conduct constituting child pornography.

CASTILLO also admitted to accessing public groups on mobile social network applications with the purpose of viewing and downloading videos of child pornography on his cellular device. CASTILLO told investigators that he would download some of the images and videos and send them to himself using various email accounts that he had sole access to. CASTILLO told investigators that he belonged to public rooms where users would send "links" that would direct the user to a file which contained child exploitative material. CASTILLO also told investigators that he was a member of multiple public rooms where users would send videos and images of child exploitative material.