IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § | CRIMINAL NO. 21-CR-00049 |
| DAVID CASTILLO, III | § § § | |

### REQUEST FOR PERMISSION TO TRAVEL

TO THE HONORABLE JUDGE ALVAREZ:

Comes now, DAVID CASTILLO, III by and through undersigned counsel, and files this motion requesting permission to travel and in support thereof states the following:

1. Mr. Castillo is presently on pretrial supervision awaiting sentencing. His travel is limited to Hidalgo County for employment purposes. He is scheduled for sentencing on January 10, 2022 at 2:00 p.m

2. Mr. Castillo is respectfully requesting permission to travel to the Aurora hospice center to visit his grandfather who is stricken with lukemia and is expected to pass away any day now. He is requesting a couple of hours to go and visit him and to return home. The hospice center is in the same city Mr. Castillo resides.

The address is 2646 W. 18TH, Weslaco, TX.

Respectfully submitted,
/s/ Judith A. Cantu_____
Judith A. Cantu
SBN: 00798093
6521 N. 10th St. Ste. A
McAllen, TX 78504
(956) 213-8011
Fax:(956) 686-7864